AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Gabriel Antonio Maldonado Jovel

                Petitioner,

v.

Noem et al

                Respondents.

JUDGMENT IN A CIVIL CASE

Case Number:  2:26-cv-00360-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

ECF No. 1 Petition for Writ of Habeas Corpus is GRANTED.
IT IS FURTHER ORDERED that Respondents, including the immigration court, must provide Petitioner with a constitutionally adequate bond hearing pursuant to 8 U.S.C. § 1226(a) no later than March 3, 2026. (See Order for details).
IT IS FURTHER ORDERED that if a constitutionally adequate bond hearing is not conducted by March 3, 2026, Respondents must IMMEDIATELY RELEASE PETITIONER from custody ON HIS OWN RECOGNIZANCE. (See Order for details).
IT IS FURTHER ORDERED that the Parties shall file a joint status report by March 4, 2026.
IT IS FURTHER ORDERED that judgment is hereby entered accordingly and this case is closed.

 

2/23/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/ GA  
Deputy Clerk